IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00302-RJC-DSC

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAMONE SHANTE BLACK (5) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon another letter of the defendant pro se regarding a dispute with the staff at her institution about her payment plan under the Inmate Financial Responsibility Program (IFRP), (Doc. No. 175), and the government's response, (Doc. No. 176).

In addressing a previous letter, the Court stated, "the program does not require outside sources to contribute to the IFRP. 28 C.F.R. § 545.11(b)." (Doc. No. 174: Order at 1). That provision allows payments to be made from "institution resources or non-institution (community) resources." The defendant apparently misinterprets the Court's language to mean that monies sent from outside sources cannot be considered in setting monthly payments to remain in the voluntary program. (Doc. No. 175 at 1). However, the regulation clearly allows staff to consider an inmate's institution resources and community resources in setting payments. 28 C.F.R. § 545.11(b)(1) and (2). If the defendant remains dissatisfied, she must first seek review of issues relating to her confinement through the Administrative Remedy Program. 28 C.F.R. § 542, et seq.

**IT IS, THEREFORE, ORDERED**, that the defendant's request, (Doc. No. 175), for the Court to intervene in her dispute with institution staff regarding the IFRP is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge